UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GODFREY CHARLES, et al.,

                Plaintiff,

     - against -

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------X

ORDER OF
DISCONTINUANCE

Civil No. 04 3068(ARR)

It having been reported to the Court that the above-captioned actions have been settled,

IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within 30 days if the settlement is not consummated.

SO ORDERED:

DATED:    Brooklyn, New York
             August 29, 2005

                                            Allyne R. Ross
                                            United States District Judge

## MAILING LIST

Jed Weiss
Assistant Corporation Counsel
Law Department
100 Church Street
New York, NY 10007


Michael Colihan, Esq.
44 Court Street
Suite 911
Brooklyn, NY 11201


Mag. Judge Azrack