UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

GODFREY CHARLES, STEPHANIE CHARLES & KEISHA THOMPSON,

                                  Plaintiff,

        -against-                         **STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

THE CITY OF NEW YORK & DETECTIVE AGAPITO SOLER,

                                Defendants.        04CV3068 (ARR) (JMA)

-------------------------------------------------------------------x

        **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about July 20, 2004, alleging violations of their civil rights pursuant to 42 U.S.C. §1983 and pendent state law claims; and

        **WHEREAS,** defendants City of New York and Agapito Soler have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2.    The City of New York hereby agrees to pay plaintiffs GODFREY CHARLES, STEPHANIE CHARLES and KEISHA THOMPSON, each the sum of FIVE THOUSAND ($5,000.00) DOLLARS, for a total of FIFTEEN THOUSAND DOLLARS ($15,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration

for the payment of this sum, plaintiffs agree to the dismissal of all the claims against defendants City of New York and Agapito Soler, and to release all defendants and any and all present and former employees and agents of the City of New York from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiffs shall execute and deliver to the City attorney all documents necessary to effect this settlement, including, without limitation, General Releases based on the terms of paragraph "2" above and an Affidavits of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
August 18, 2005

_____
Michael Colihan (MC620)
Attorney for plaintiffs
44 Court Street
Suite 911
Brooklyn, NY 11201

_____
JED M. WEISS (JW-5293)
Assistant Corporation Counsel
MICHAEL A. CARDOZO
Corporation Counsel of
the City of New York
Attorney for Defendants City of New York and
Agapito Soler
100 Church Street
New York, NY 10007

SO ORDERED:

_____
Allyne R. Ross, USDJ